TILLER *v.* THE STATE.

LUMPKIN, P. J.   1. That a trial for murder which was begun in the fore-
noon was protracted throughout the ensuing night, and that the lead-
ing counsel for the accused was, for this reason and because of the
fact that he had been engaged during the most of the preceding night
in another trial, too much overcome with fatigue, physical and
mental, to give proper attention to the defense, is not cause for a
new trial, when there was no objection to such continuation of the
trial, no statement to the court as to the weariness of counsel, and no
request to suspend the trial in order that he might obtain the needed
rest.

2. There was nothing in the testimony requiring a charge upon the law
of delusional insanity; the instructions complained of were substan-
tially correct; the court used no language which could fairly be re-
garded as an expression of an opinion upon the evidence, and the
verdict was fully warranted.

*Judgment affirmed.   All the Justices concurring.*

Argued October 3, — Decided October 25, 1899.

Indictment for murder. Before Judge Reese. Hart supe-
rior court. March term, 1899.

*I. C. VanDuzer, G. T. Magill, T. J. Brown,* and *W. L.
Hodges,* for plaintiff in error. *J. M. Terrell, attorney-general,
R. H. Lewis, solicitor-general,* by *Harrison & Bryan,* and *A. G.
McCurry,* contra.